# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Spry Publishing, LLC

Debtor.

Bankruptcy Case No. 21-43817
Hon. Mark A. Randon
Chapter 11

## DECLARATION OF JAMES M. EDWARDS
## PURSUANT TO 11 U.S.C. § 1187

Pursuant to 11 U.S.C. § 1187, I, James M. Edwards, declare as follows:

1. Except as otherwise stated herein, I make this declaration upon personal knowledge and, if called as a witness, could competently testify to the facts contained herein.

2. I am the responsible person for the Debtor.

3. At this time, the Debtor has not finalized its 2020 Federal income tax returns. Attached hereto is the 2019 Federal income tax return for the Debtor, which is the most recent Federal income tax return for the Debtor.

4. Attached hereto are the most recent balance sheet, statement of operations (profit and loss statement), and statement of cash flows for the Debtor.

*[Signature on following page]*

Pursuant to 28 U.S.C. § 1746, I declare to the best of my knowledge, under penalty of perjury, that the above statements are true and correct.

                                        **SPRY PUBLISHING, LLC**

                                        By: /s/ James M. Edwards
                                        James M. Edwards
                                        Its:    Responsible Person

Dated: May 14, 2021

# Spry Publishing
# Balance Sheet
### As of April 30, 2021

|  | Total |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank Accounts** | |
|       10010 Checking-Bank of AA | 0.00 |
|       10020 Checking-Fifth Third Bank | 186,415.71 |
|       10021 BOAA / PPP Money | 74.99 |
|       10030 Petty Cash | 0.00 |
|       10040 Destination Ann Arbor Deposit | 0.00 |
|       10050 Payroll Service Clearing | 0.00 |
|       10090 Clearings and Adjustments | 0.00 |
|     **Total Bank Accounts** | **$ 186,490.70** |
|     **Accounts Receivable** | |
|       10100 Accounts Receivable | 11,407.63 |
|     **Total Accounts Receivable** | **$ 11,407.63** |
|     **Other Current Assets** | |
|       10200 Inventory | 0.00 |
|       12001 Undeposited Funds | 0.00 |
|       12100 Inventory Asset | 23,168.81 |
|       12200 Work In Progress | 0.00 |
|         12220 Payroll Job Costs | 4,537.94 |
|       **Total 12200 Work In Progress** | **$ 4,537.94** |
|       12998 Prepaid Rent | 1,054.13 |
|       12999 Prepaid Expense | 9,217.00 |
|       A/R-Other | 0.00 |
|     **Total Other Current Assets** | **$ 37,977.88** |
|   **Total Current Assets** | **$ 235,876.21** |
|   **Fixed Assets** | |
|     12300 Computer Equipment Asset | 24,589.99 |
|     12400 Accumulated Depreciation | -11,014.85 |
|     12410 12410 Furniture & Fixtures | 1,900.00 |
|     12600 Accumulated Amortization - Goodwill | -60,916.59 |
|   **Total Fixed Assets** | **-$ 45,441.45** |
|   **Other Assets** | |
|     12000 Royalty Advance | 0.00 |
|   **Total Other Assets** | **$ 0.00** |
| **TOTAL ASSETS** | **$ 190,434.76** |
| **LIABILITIES AND EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         20100 Accounts Payable | 201,056.53 |
|       **Total Accounts Payable** | **$ 201,056.53** |

| | | |
|---|---:|---:|
| **Credit Cards** | | |
|   20150 FifthThird Bank 5595 | | -7,872.00 |
|   20160 Visa-Bank of Ann Arbor 2430 | | 0.00 |
|   20161 Credit Card - Bank of AA 0202 | | -77.00 |
|   Credit Card - Bank of AA 2430 | | 0.00 |
|   Credit Card - Fifth Third - 7316 | | 2,765.42 |
|   Credit Card BOAA - 2430 | | 7,488.91 |
| **Total Credit Cards** | $ | **2,305.33** |
| **Other Current Liabilities** | | |
|   20200 Royalties Payable | | 0.00 |
|   20500 Accrued Payroll | | 0.00 |
|   20700 Consignment Sales Liability | | 0.00 |
|   20800 Client Deposits | | 0.00 |
|   **Total 20800 Client Deposits** | $ | **0.00** |
|   25500 *Sales Tax Payable | | 0.00 |
|   25510 State Of Michigan Payable | | 0.00 |
| **Total Other Current Liabilities** | $ | **0.00** |
| **Total Current Liabilities** | $ | **203,361.86** |
| **Long-Term Liabilities** | | |
|   20900 Shareholder Loan | | 0.00 |
|   20950 LOC-Fifth Third Bank | | 299,200.00 |
|   21000 Baron Ln (subordinate) | | 0.00 |
|   21100 SBA Loan Payable | | 280,600.00 |
|   21200 PPP Loan | | 43,412.50 |
|   21300 PWB Payable | | 144,258.63 |
|   PWB Aquisition | | 0.00 |
| **Total Long-Term Liabilities** | $ | **767,471.13** |
| **Total Liabilities** | $ | **970,832.99** |
| **Equity** | | |
|   30000 Opening Balance Equity | | -2,276.08 |
|   30400 Retained Earnings | | -657,767.16 |
|   Net Income | | -120,354.99 |
| **Total Equity** | -$ | **780,398.23** |
| **TOTAL LIABILITIES AND EQUITY** | $ | **190,434.76** |

Thursday, May 13, 2021 12:49:58 PM GMT-7 - Accrual Basis

# Spry Publishing

Profit and Loss

January - April, 2021

|  | TOTAL |
|---|---:|
| **Income** | |
|   40100 Sales Summary | |
|     40110 Publishing Income (+ Millennium | 46,651.09 |
|     40120 Marketing Services Income | |
|       40130 Non-Retainer Clients | 1,297.00 |
|     Total 40120 Marketing Services Income | 1,297.00 |
|   Total 40100 Sales Summary | 47,948.09 |
|   40800 Shipping Income | 2,412.92 |
| **Total Income** | **$50,361.01** |
| **Cost of Goods Sold** | |
|   50100 Publishing Cost of Sales | 14,071.60 |
|   50150 Marketing Service Cost of Sales | 220.00 |
|   50175 Sub-Contractor Services - COGS | 1,800.00 |
|   50400 Royalty Expense | 25,507.44 |
|   51201 Payroll - Job costed | 33,598.16 |
|   53200 Sub-contractor Services | 262.50 |
| **Total Cost of Goods Sold** | **$75,459.70** |
| **GROSS PROFIT** | **$ -25,098.69** |
| **Expenses** | |
|   60100 Interest Expense | 4,705.68 |
|   60160 QuickBooks Payments Fees | 111.62 |
|   60300 Acct/Audit Expense | 146.00 |
|   60700 Software Subscriptions | 1,133.77 |
|   61200 Salary Expense | 2,464.00 |
|   61202 Guarantee Payments | 39,166.66 |
|   61400 IT Service | 11,174.70 |
|   61500 Meals and Entertainment | 947.29 |
|   61600 Travel Expense | 533.60 |
|   61700 Cell /Internet | 1,435.70 |
|   61900 Rent Expense | 6,104.19 |
|   62300 Postage Expense | 0.61 |
|   62600 Legal/Professional Expense | 25,059.00 |
|   62700 Shipping Expense | 321.76 |
|   62900 Office Supplies | 856.72 |
|   64200 Inventory Storage Expense | 1,095.00 |
| **Total Expenses** | **$95,256.30** |
| **NET OPERATING INCOME** | **$ -120,354.99** |
| **NET INCOME** | **$ -120,354.99** |

Accrual Basis  Monday, May 10, 2021 11:08 AM GMT-05:00                                                      1/1

# Spry Publishing

## Statement of Cash Flows
January - April, 2021

|  | TOTAL |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | -120,354.99 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
|   10100 Accounts Receivable | 107,713.09 |
|   20100 Accounts Payable | -21,681.29 |
|   20150 FifthThird Bank 5595 | -11,894.86 |
|   20161 Credit Card - Bank of AA 0202 | -136.90 |
|   Credit Card - Bank of AA 2430 | 0.00 |
|   Credit Card - Fifth Third - 7316 | 2,765.42 |
|   Credit Card BOAA - 2430 | 7,488.91 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **84,254.37** |
| **Net cash provided by operating activities** | **$ -36,100.62** |
| **FINANCING ACTIVITIES** | |
|   20950 LOC-Fifth Third Bank | -800.00 |
|   21200 PPP Loan | 43,412.50 |
|   30000 Opening Balance Equity | -2,276.08 |
| **Net cash provided by financing activities** | **$40,336.42** |
| **NET CASH INCREASE FOR PERIOD** | **$4,235.80** |
| Cash at beginning of period | 182,254.90 |
| **CASH AT END OF PERIOD** | **$186,490.70** |

# Form 1065 — U.S. Return of Partnership Income

**Form 1065**
Department of the Treasury
Internal Revenue Service

**U.S. Return of Partnership Income**
For calendar year 2019, or tax year beginning _____, ending _____.
u Go to *www.irs.gov/Form1065* for instructions and the latest information.

OMB No. 1545-0123
**2019**

| | | |
|---|---|---|
| **A** Principal business activity: PUBLISHING | Name of partnership: **SPRY PUBLISHING LLC** | **D** Employer identification number: 45-4215871 |
| **B** Principal product or service: BOOKS AND IP | Number, street, and room or suite no.: **196 S. INDUSTRIAL DR.** | **E** Date business started: 01/01/2012 |
| **C** Business code number: 424920 | City, state, ZIP: **SALINE MI 48176** | **F** Total assets: $ 565,500 |

Type or Print

**G** Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return
**H** Check accounting method: (1) ☐ Cash (2) ☒ Accrual (3) ☐ Other (specify) u _____
**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year u ......... **5**
**J** Check if Schedules C and M-3 are attached ......... u ☐
**K** Check if partnership (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

### Income

| Line | Description | | Amount |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a  1,151,872 | |
| b | Returns and allowances | 1b  35,150 | |
| c | Balance. Subtract line 1b from line 1a | 1c | 1,116,722 |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 489,401 |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 627,321 |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | 4 | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040 or 1040-SR)) | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 6 | |
| 7 | Other income (loss) (attach statement) **SEE STATEMENT 1** | 7 | 505 |
| 8 | **Total income (loss).** Combine lines 3 through 7 | 8 | 627,826 |

### Deductions (see instructions for limitations)

| Line | Description | | Amount |
|---|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | 9 | |
| 10 | Guaranteed payments to partners | 10 | |
| 11 | Repairs and maintenance | 11 | |
| 12 | Bad debts | 12 | 1,631 |
| 13 | Rent | 13 | 54,307 |
| 14 | Taxes and licenses | 14 | |
| 15 | Interest (see instructions) **SEE STATEMENT 2** | 15 | 32,866 |
| 16a | Depreciation (if required, attach Form 4562) | 16a  90,497 | |
| b | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | |
| | | 16c | 90,497 |
| 17 | Depletion (Do not deduct oil and gas depletion.) | 17 | |
| 18 | Retirement plans, etc. | 18 | |
| 19 | Employee benefit programs | 19 | |
| 20 | Other deductions (attach statement) **SEE STATEMENT 3** | 20 | 1,156,180 |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | 21 | 1,335,481 |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 | 22 | -707,655 |

### Tax and Payment

| Line | Description | Amount |
|---|---|---|
| 23 | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | |
| 24 | Interest due under the look-back method—income forecast method (attach Form 8866) | |
| 25 | BBA AAR imputed underpayment (see instructions) | |
| 26 | Other taxes (see instructions) | |
| 27 | **Total balance due.** Add lines 23 through 26 | |
| 28 | Payment (see instructions) | |
| 29 | **Amount owed.** If line 28 is smaller than line 27, enter amount owed | |
| 30 | **Overpayment.** If line 28 is larger than line 27, enter overpayment | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member _____ Date _____

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

| Paid Preparer Use Only | | | |
|---|---|---|---|
| Print/Type preparer's name: GREGORY J. ZINK | Preparer's signature | Date | Check ☐ if self-employed  PTIN: P00021228 |
| Firm's name: u MRPR GROUP, P.C. | | | Firm's EIN u 38-2141969 |
| Firm's address: u 28411 NORTHWESTERN HWY STE 800 SOUTHFIELD, MI 48034 | | | Phone no. 248-357-9000 |

**For Paperwork Reduction Act Notice, see separate instructions.**
DAA

Form **1065** (2019)

| Form 1065 (2019) | SPRY PUBLISHING LLC | 45-4215871 | Page **2** |
|---|---|---|---|

**Schedule B**    Other Information

| | | | | Yes | No |
|---|---|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | | | |
| **a** | ☐ Domestic general partnership | **b** | ☒ Domestic limited partnership | | |
| **c** | ☐ Domestic limited liability company | **d** | ☐ Domestic limited liability partnership | | |
| **e** | ☐ Foreign partnership | **f** | ☐ Other u | | |
| **2** | At the end of the tax year: | | | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . | | | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . | | | | X |
| **3** | At the end of the tax year, did the partnership: | | | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below . . . . . . . . . . | | | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | Yes | No |
|---|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 . . . . . . . . . . | | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | | |
| **5** | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? . . . . . . . . . . | | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . | | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . | | | X |
| **8** | At any time during calendar year 2019, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country. u | | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions . . . . . . . . . . | | | X |
| **10a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? . . . . . . . . . . See instructions for details regarding a section 754 election. | | | X |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions . . . . . . . . . . | | | X |

Form **1065** (2019)

DAA

Form 1065 (2019) SPRY PUBLISHING LLC 45-4215871 Page **3**

**Schedule B** Other Information *(continued)*

| | | Yes | No |
|---|---|---|---|
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ▶ ☐ | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions ▶ | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ▶ | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ 0 | | |
| 16a | Did you make any payments in 2019 that would require you to file Form(s) 1099? See instructions | X | |
| b | If "Yes," did you or will you file required Form(s) 1099? | X | |
| 17 | Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return ▶ 0 | | |
| 18 | Enter the number of partners that are foreign governments under section 892 ▶ 0 | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1T(b)(14)? | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions. If "Yes," enter the total amount of the disallowed deductions ▶ $ | | X |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 24 | Does the partnership satisfy one or more of the following? See instructions | | X |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the partnership has business interest. | | |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. If "Yes" to any, complete and attach Form 8990. | | |
| 25 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions. If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 ▶ If "No," complete Designation of Partnership Representative below. | | X |

**Designation of Partnership Representative** (see instructions)
Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR ▶ JAMES M EDWARDS, JR. IRREVOCABLE

U.S. address of PR ▶ TRUST U/A DATED 7/10/2001
SALINE                 MI 48176

U.S. phone number of PR ▶ 734-531-7600

If the PR is an entity, name of the designated individual for the PR ▶ JAMES EDWARDS

U.S. address of designated individual ▶ 196 S INDUSTRIAL DR
SALINE                 MI 48176

U.S. phone number of designated individual ▶ 734-531-7600

| 26 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
|---|---|---|---|
| | If "Yes," enter the amount from Form 8996, line 14 ▶ $ | | |
| 27 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership ▶ 0 | | |
| 28 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? | | X |

Form **1065** (2019)

DAA

Form 1065 (2019) **SPRY PUBLISHING LLC** 45-4215871 Page **4**

## Schedule K — Partners' Distributive Share Items

| | | Total amount |
|---|---|---:|
| **Income (Loss)** | | |
| 1 | Ordinary business income (loss) (page 1, line 22) | -707,655 |
| 2 | Net rental real estate income (loss) (attach Form 8825) | |
| 3a | Other gross rental income (loss) | |
| b | Expenses from other rental activities (attach statement) | |
| c | Other net rental income (loss). Subtract line 3b from line 3a | |
| 4 | Guaranteed payments: a Services   b Capital | |
| c | Total. Add lines 4a and 4b | |
| 5 | Interest income | |
| 6 | Dividends and dividend equivalents: a Ordinary dividends | |
| b | Qualified dividends   c Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | |
| 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | |
| b | Collectibles (28%) gain (loss) | |
| c | Unrecaptured section 1250 gain (attach statement) | |
| 10 | Net section 1231 gain (loss) (attach Form 4797) | |
| 11 | Other income (loss) (see instructions) Type | |
| **Deductions** | | |
| 12 | Section 179 deduction (attach Form 4562) | 0 |
| 13a | Contributions         SEE STATEMENT 4 | 1,894 |
| b | Investment interest expense | |
| c | Section 59(e)(2) expenditures (1) Type   (2) Amount | |
| d | Other deductions (see instructions) Type | |
| **Self-Employment** | | |
| 14a | Net earnings (loss) from self-employment | -566,124 |
| b | Gross farming or fishing income | |
| c | Gross nonfarm income | 502,261 |
| **Credits** | | |
| 15a | Low-income housing credit (section 42(j)(5)) | |
| b | Low-income housing credit (other) | |
| c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | |
| d | Other rental real estate credits (see instructions)   Type | |
| e | Other rental credits (see instructions)   Type | |
| f | Other credits (see instructions)   Type | |
| **Foreign Transactions** | | |
| 16a | Name of country or U.S. possession | |
| b | Gross income from all sources | |
| c | Gross income sourced at partner level | |
| | Foreign gross income sourced at partnership level | |
| d | Reserved for future use   e Foreign branch category | |
| f | Passive category   g General category   h Other | |
| | Deductions allocated and apportioned at partner level | |
| i | Interest expense   j Other | |
| | Deductions allocated and apportioned at partnership level to foreign source income | |
| k | Reserved for future use   l Foreign branch category | |
| m | Passive category   n General category   o Other | |
| p | Total foreign taxes (check one):  Paid ☐  Accrued ☐ | |
| q | Reduction in taxes available for credit (attach statement) | |
| r | Other foreign tax information (attach statement) | |
| **Alternative Minimum Tax (AMT) Items** | | |
| 17a | Post-1986 depreciation adjustment | -44,990 |
| b | Adjusted gain or loss | |
| c | Depletion (other than oil and gas) | |
| d | Oil, gas, and geothermal properties – gross income | |
| e | Oil, gas, and geothermal properties – deductions | |
| f | Other AMT items (attach statement) | |
| **Other Information** | | |
| 18a | Tax-exempt interest income | |
| b | Other tax-exempt income | |
| c | Nondeductible expenses         SEE STATEMENT 5 | 10,336 |
| 19a | Distributions of cash and marketable securities | |
| b | Distributions of other property | |
| 20a | Investment income | |
| b | Investment expenses | |
| c | Other items and amounts (attach statement)   SEE STATEMENT 6 | |

DAA     Form **1065** (2019)

Form 1065 (2019) **SPRY PUBLISHING LLC**     45-4215871     Page **5**

## Analysis of Net Income (Loss)

**1** Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16p ........ **-709,549**

**2** Analysis by partner type:

| | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| **a** General partners | | -567,639 | | | | |
| **b** Limited partners | | -35,478 | | | | -106,432 |

## Schedule L — Balance Sheets per Books

| | Assets | (a) | (b) Beginning of tax year | (c) | (d) End of tax year |
|---|---|---|---|---|---|
| 1 | Cash | | 34,334 | | 19,994 |
| 2a | Trade notes and accounts receivable | 293,363 | | 314,714 | |
| b | Less allowance for bad debts | | 293,363 | | 314,714 |
| 3 | Inventories | | 40,804 | | 11,552 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | | | | |
| 9a | Buildings and other depreciable assets | 53,922 | | 141,495 | |
| b | Less accumulated depreciation | 50,233 | 3,689 | 140,731 | 764 |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | | | |
| 12a | Intangible assets (amortizable only) | 115,475 | | 261,401 | |
| b | Less accumulated amortization | 33,359 | 82,116 | 43,490 | 217,911 |
| 13 | Other assets (attach statement) SEE STMT 7 | | 25,694 | | 565 |
| 14 | Total assets | | 480,000 | | 565,500 |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | 74,580 | | 147,711 |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities (attach statement) SEE STMT 8 | | 312,523 | | 402,894 |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | 469,822 | | 928,205 |
| b | Mortgages, notes, bonds payable in 1 year or more | | | | 183,500 |
| 20 | Other liabilities (attach statement) | | | | |
| 21 | Partners' capital accounts | | -376,925 | | -1,096,810 |
| 22 | Total liabilities and capital | | 480,000 | | 565,500 |

## Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| 1 | Net income (loss) per books | -719,885 | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
|---|---|---|---|---|---|
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest $ | |
| 3 | Guaranteed payments (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16p, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16p (itemize): | | a | Depreciation $ | |
| a | Depreciation $ | | | | |
| b | Travel and entertainment $ 6,955 SEE STATEMENT 9 3,381 | 10,336 | 8 | Add lines 6 and 7 | |
| 5 | Add lines 1 through 4 | -709,549 | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | -709,549 |

## Schedule M-2 Analysis of Partners' Capital Accounts

| 1 | Balance at beginning of year | -376,925 | 6 | Distributions: a Cash | |
|---|---|---|---|---|---|
| 2 | Capital contributed: a Cash | | | b Property | |
| | b Property | | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) per books | -719,885 | | | |
| 4 | Other increases (itemize): | | 8 | Add lines 6 and 7 | |
| 5 | Add lines 1 through 4 | -1,096,810 | 9 | Balance at end of year. Subtract line 8 from line 5 | -1,096,810 |

DAA                      Form **1065** (2019)

| Form **1125-A** (Rev. November 2018) Department of the Treasury Internal Revenue Service | **Cost of Goods Sold**  ► Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.  ► Go to *www.irs.gov/Form1125A* for the latest information. | OMB No. 1545-0123 |
|---|---|---|

| Name | Employer identification number |
|---|---|
| SPRY PUBLISHING LLC | 45-4215871 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 40,804 |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) SEE STATEMENT 10 | 4 | -3,381 |
| 5 | Other costs (attach schedule) SEE STATEMENT 11 | 5 | 463,530 |
| 6 | **Total.** Add lines 1 through 5 | 6 | 500,953 |
| 7 | Inventory at end of year | 7 | 11,552 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 489,401 |

**9a** Check all methods used for valuing closing inventory:
  (i) ☐ Cost
  (ii) ☒ Lower of cost or market
  (iii) ☐ Other (Specify method used and attach explanation.) ►

**b** Check if there was a writedown of subnormal goods ► ☐
**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ► ☐
**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | 9d |
**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions ☒ Yes ☐ No
**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☒ No

**For Paperwork Reduction Act Notice, see instructions.** Form **1125-A** (Rev. 11-2018)

DAA

# SCHEDULE B-1
# (Form 1065)

(Rev. August 2019)
Department of the Treasury
Internal Revenue Service

## Information on Partners Owning 50% or More of the Partnership

▶ Attach to Form 1065.
▶ Go to *www.irs.gov/Form1065* for the latest information.

OMB No. 1545-0123

**Name of partnership**
SPRY PUBLISHING LLC

**Employer identification number (EIN)**
45-4215871

**Part I**    **Entities Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 2a (Question 3a for 2009 through 2017))

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| ELIZABETH M EDWARDS IRREV TRUST | 38-6645045 | TRUST | UNITED STATES | 100.000000 |
| SARAH A EDWARDS IRREV TRUST | 56-6479163 | TRUST | UNITED STATES | 100.000000 |
| JAMES M EDWARDS, JR. IRREVOCABLE | 38-6787714 | TRUST | UNITED STATES | 100.000000 |
| JAMES M EDWARDS JR IRREVOCABLE TRUS | 38-6787714 | TRUST | UNITED STATES | 100.000000 |

**Part II**    **Individuals or Estates Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 2b (Question 3b for 2009 through 2017))

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| JAMES JAMES M EDWARDS TRUS | xxx-xx-xxxx | UNITED STATES | 100.000000 |
| MICHAEL PATRICK EDWA | 38-6706572 | UNITED STATES | 100.000000 |
| ELIZABETH EDWARDS | xxx-xx-xxxx | UNITED STATES | 100.000000 |
| SARA EDWARDS | xxx-xx-xxxx | UNITED STATES | 100.000000 |
| MICHAEL EDWARDS | xxx-xx-xxxx | UNITED STATES | 100.000000 |
| JAMES EDWARDS JR | xxx-xx-xxxx | UNITED STATES | 100.000000 |

**For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**     Schedule B-1 (Form 1065) (Rev. 8-2019)

DAA

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | **(Including Information on Listed Property)** ▶ Attach to your tax return. ▶ Go to *www.irs.gov/Form4562* for instructions and the latest information. | **2019** Attachment Sequence No. **179** |

Name(s) shown on return: **SPRY PUBLISHING LLC**
Identifying number: **45-4215871**

Business or activity to which this form relates: **BROKER/PUBLISHER**

### Part I — Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | **1,020,000** |
| 2 | Total cost of section 179 property placed in service (see instructions) | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **2,550,000** |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2018 Form 4562 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | |
| 13 | Carryover of disallowed deduction to 2020. Add lines 9 and 10, less line 12 ▶ 13 | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

### Part II — Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | **87,575** |
| 15 | Property subject to section 168(f)(1) election | |
| 16 | Other depreciation (including ACRS) | |

### Part III — MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2019 | **2,922** |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | |

**Section B—Assets Placed in Service During 2019 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2019 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | | | 30 yrs. | MM | S/L | |
| d  40-year | | | 40 yrs. | MM | S/L | |

### Part IV — Summary (See instructions.)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | **90,497** |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | |

**For Paperwork Reduction Act Notice, see separate instructions.**  Form **4562** (2019)
DAA

SPRY PUBLISHING LLC　　　　　　　　　　45-4215871

Form 4562 (2019)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page **2**

### Part V — Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

#### Section A—Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

**24a** Do you have evidence to support the business/investment use claimed?　Yes　No　　**24b** If "Yes," is the evidence written?　Yes　No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|

**25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions ............ **25**

**26** Property used more than 50% in a qualified business use:

| | | % | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | % | | | | | | |

**27** Property used 50% or less in a qualified business use:

| | | % | | | | S/L- | | |
|---|---|---|---|---|---|---|---|---|
| | | % | | | | S/L- | | |

**28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ............ **28**

**29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 ................................... **29**

#### Section B—Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|---|
| 30 | Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | |
| 31 | Total commuting miles driven during the year | | | | | | |
| 32 | Total other personal (noncommuting) miles driven | | | | | | |
| 33 | Total miles driven during the year. Add lines 30 through 32 | | | | | | |
| 34 | Was the vehicle available for personal use during off-duty hours? | Yes　No | Yes　No | Yes　No | Yes　No | Yes　No | Yes　No |
| 35 | Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | |
| 36 | Is another vehicle available for personal use? | | | | | | |

#### Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 | Do you treat all use of vehicles by employees as personal use? | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? See instructions | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

### Part VI — Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2019 tax year (see instructions): | | | | | |
| SEE STATEMENT 12 | | 145,926 | | | 2,432 |
| **43** Amortization of costs that began before your 2019 tax year ............ **43** | | | | | 7,699 |
| **44 Total.** Add amounts in column (f). See the instructions for where to report ............ **44** | | | | | 10,131 |

DAA　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Form **4562** (2019)

| Form **8594** (Rev. December 2012) Department of the Treasury Internal Revenue Service | **Asset Acquisition Statement** Under Section 1060 ▶ Attach to your income tax return. ▶ Information about Form 8594 and its separate instructions is at www.irs.gov/form8594 | OMB No. 1545-1021 Attachment Sequence No. **169** |
|---|---|---|

| Name as shown on return | Identifying number as shown on return |
|---|---|
| SPRY PUBLISHING LLC | 45-4215871 |

Check the box that identifies you:
[X] Purchaser  [ ] Seller

### Part I — General Information

| 1 Name of other party to the transaction | Other party's identifying number |
|---|---|
| PETERSON, WILLIAMS & BIZER, INC. | 38-1956575 |

Address (number, street, and room or suite no.)
5297 TUSCAN CREST DRIVE SE

City or town, state, and ZIP code
GRAND RAPIDS     MI  49546-7956

| 2 Date of sale | 3 Total sales price (consideration) |
|---|---|
| 09/19/19 | 233,500 |

### Part II — Original Statement of Assets Transferred

| 4 Assets | Aggregate fair market value (actual amount for Class I) | Allocation of sales price |
|---|---|---|
| Class I | $ | $ |
| Class II | $ | $ |
| Class III | $ | $ |
| Classes IV | $ | $ |
| Class V | $ 87,574 | $ 87,574 |
| Class VI and VII | $ 145,926 | $ 145,926 |
| Total | $ 233,500 | $ 233,500 |

5 Did the purchaser and seller provide for an allocation of the sales price in the sales contract or in another written document signed by both parties? ............... [X] Yes [ ] No

If "Yes," are the aggregate fair market values (FMV) listed for each of asset Classes I, II, III, IV, V, VI, and VII the amounts agreed upon in your sales contract or in a separate written document? ............... [ ] Yes [X] No

6 In the purchase of the group of assets (or stock), did the purchaser also purchase a license or a covenant not to compete, or enter into a lease agreement, employment contract, management contract, or similar arrangement with the seller (or managers, directors, owners, or employees of the seller)? ............... [X] Yes [ ] No

If "Yes," attach a statement that specifies **(a)** the type of agreement and **(b)** the maximum amount of consideration (not including interest) paid or to be paid under the agreement. See instructions.

```
COVENANT NOT TO COMPETE                    120,000
GOODWILL/GOING CONCERN                      25,926
```

**For Paperwork Reduction Act Notice, see separate instructions.**
DAA

Form **8594** (Rev. 12-2012)
THERE ARE NO AMOUNTS FOR PAGE 2